Michael A. Galpern, NJ Bar No.: 38907
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400
Attorneys for Plaintiffs Gwenne K. Pierce and David R. Evans, wife and husband, individually

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-06-5207-CRB<br><br>**MDL No.: 1699**<br>**District Judge: Charles R. Breyer** |
| YOLANDA RODRIGUEZ and JUAN MANUEL RODRIGUEZ, wife and husband, individually; JAMES SMITH and DIANE SMITH, husband and wife, individually; GWENNE K. PIERCE and DAVID R. EVANS, wife and husband, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, GWENNE K. PIERCE and DAVID R. EVANS, wife and husband, individually, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1

DATED: Oct 30, 2009

LOCKS LAW FIRM, LLC

By: /s/ Michael A. Galpern
Michael A. Galpern
Attorneys for Plaintiffs Gwenne K. Pierce and David R. Evans, wife and husband, individually

DATED: December 7, 2009

DLA PIPER LLP (US)

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 1 1 2009

/s/ Charles R. Breyer
Honorable Charles R. Breyer
United States District Court